ABRAHAM MANDEVILLE et al., appellants,

*v.*

JANE PARKER et al., respondents.

---

*Mr. A. W. Bell,* for appellants.

*Mr. A. Mills,* for respondents.

Luse v. Rarick.

THE ORDINARY.

The decree of the orphans court in this case was affirmed. I do not regard the case as one in which it would be proper to order the appellants' expenses of the appeal paid out of the estate.